IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. STOCKTON                                                                                       PLAINTIFF
ADC #169885

v.                                        4:24-cv-00840-JM-JJV

MARSHALL REED, Chief Deputy Director,
Non-Medical Grievance Appeals, ADC, *et. al*                                        DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 4 and 5). After reviewing the record *de novo*, this Court adopts the Partial Recommended Disposition in its entirety as its findings in all respects.

Plaintiff may proceed with his Eighth Amendment claim against Defendants in their personal capacities. Plaintiff's Fourteenth Amendment claim against them is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 24th day of October 2024.

_____
UNITED STATES DISTRICT JUDGE