# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JOSHUA M. STOCKTON                                                                                PLAINTIFF
ADC #169885

v.                                          4:24-cv-00840-JM-JJV

MARSHALL REED, Chief Deputy Director,
Non-Medical Grievance Appeals, ADC, *et. al*                                        DEFENDANTS

## ORDER OF PARTIAL DISMISSAL

For good cause shown, the Joint Motion of Partial Dismissal (Doc. 41) is GRANTED. Plaintiff's claim that Defendants violated his Eighth Amendment rights by forcing him to stand in line at pill call is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE