IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. STOCKTON                                                                                    PLAINTIFF
ADC #169885

v.                                             4:24-cv-00840-JM-JJV

MARSHALL REED, Chief Deputy Director,
Non-Medical Grievance Appeals, ADC, *et. al*                                      DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 34, 37.) After reviewing the record *de novo*, this Court adopts the Partial Recommended Disposition in its entirety as its findings in all respects.

Therefore, Defendants' Motion for Partial Summary Judgment (Doc. 23) is granted in part and denied in part. Plaintiff may proceed with his job duties claim against Defendants as exhausted in ESU-24-122.[1] All other claims are dismissed without prejudice due to a lack of exhaustion. And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Since Judge Volpe's Partial Recommendation was filed, Plaintiff and the Defendants have agreed to dismissal of Plaintiff's pill line claims against all Defendants and those claims have been dismissed without prejudice. (Doc. 41, 42).