IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. STOCKTON                                                        PLAINTIFF

v.                                      4:24-cv-00840-JM

MARSHALL REED, Chief Deputy Director,
Non-Medical Grievance Appeals, ADC, *et. al*                          DEFENDANTS

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 83). No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommended Disposition in its entirety as its findings in all respects.

Therefore, Defendants' Motion for Summary Judgment (Doc. 60) is GRANTED. Plaintiff's job assignment claim against Defendants Reed, Evans, Jones, Clay, Branch, Grigsby-Brown, Collins, and Redwood are DISMISSED with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 28th day of October 2025.

                                                                       UNITED STATES DISTRICT JUDGE