IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. STOCKTON                                        PLAINTIFF

v.                            4:24-cv-00840-JM

MARSHALL REED, Chief Deputy Director,
Non-Medical Grievance Appeals, ADC, *et. al*                  DEFENDANTS

**JUDGMENT**

Consistent with the Orders entered today and previously (Docs. 6, 42, 43, 45, 83), Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 28th day of October 2025.

_____
UNITED STATES DISTRICT JUDGE